FILED
AUG 27 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 09CR02406-001-GT |
| ) | |
| v. ) | O R D E R |
| ) | |
| MARCOS GARCIA-GARCIA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for October 16, 2009 is vacated and reset to November 17, 2009 at 9:00.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 8/27/09

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/jlg